ADAMS, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| JEFFREY MACK, ) | CASE NO. 1:07CV0652 |
| ) | |
| Petitioner, ) | |
| ) | JUDGE JOHN R. ADAMS |
| v. ) | |
| ) | MEMORANDUM OF OPINION |
| STUART HUDSON, Warden, ) | AND ORDER RE: DISMISSING |
| ) | PETITIONER'S APPLICATION FOR |
| Respondent. ) | WRIT OF HABEAS CORPUS |

Petitioner *pro se* Jeffrey Mack filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, alleging two grounds for relief which challenge the constitutional sufficiency of his conviction and sentence for two counts of aggravated robbery, with repeat violent offender specifications, and one count of misuse of credit cards.

On May 17, 2007, the case was referred to Magistrate Judge George J. Limbert for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(2). *See* Order (Doc. 5). On January 30, 2008, the Magistrate Judge submitted a Report and Recommendation (Doc. 10) recommending that the petition be dismissed with prejudice due to a lack of merit.

Fed. R. Civ. P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but neither party has filed any such objections. Therefore, the Court must assume that the parties are satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140

(1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report and Recommendation of the Magistrate Judge is hereby adopted. Jeffrey Mack's Petition for a Writ of Habeas Corpus will be dismissed.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. §2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

| | |
|---|---|
| March 11, 2008 | */s/ John R. Adams* |
| Date | John R. Adams |
| | U.S. District Judge |